**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2017 NOV 21 P 3: 36

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No.1:17MJ 538 |
| v. | CLASS A MISDEMEANOR |
| JAISON R. FELICIANA, | Initial Appearance: November 28, 2017 |
| Defendant. | |

### CRIMINAL INFORMATION
(Count 1 –CLASS A MISDEMEANOR- 7334755)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 28, 2017, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, JAISON R. FELICIANA, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844).

(Count 2- CLASS B PETTY - 7334754)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about October 28, 2017, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, JAISON R. FELICIANA, did unlawfully operate a commercial vehicle within a park area without a permit.

(Violation of Title 36, Code of Federal Regulations, Section 5.6(b)).

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Rosanne S. Haney
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3743
Fax: (703)-299-3980
rosie.haney@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed to the defendant on the 20 day of November, 2017.

Rosanne C. Haney
Assistant United States Attorney